No. 74–5943. ABNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5987. MOORE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 74–5993. FORMAN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–5994. KOSKY *v.* WHEALON, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 74–5996. NOWLAN *v.* NOWLAN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 74–6001. COLE *v.* DISTRICT ATTORNEY OF PLACER COUNTY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 74–6004. EATON *v.* BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 74–6005. MUDD *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 74–6009. McHAR *v.* GOVERNMENT EMPLOYEES INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–6010. BLACK ET AL. *v.* HANRAHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–6011. PORZUCZEK, GUARDIAN *v.* COUNTY OF SAN MATEO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.